IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICIA RIPLEY, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>HOUSING AUTHORITY OF PRINCE GEORGE'S COUNTY, *et al.*<br>*Defendants* | Case No.:  8:16-cv-2699 |

## JOINT NOTICE OF RESOLUTION

The parties in the above-captioned matter, by and through their attorneys, hereby advise the Court that all claims have been resolved through settlement and respectfully request the Court to:  retain jurisdiction of the resolution for purposes of enforcement for a period of five (5) years, and to dismiss the Plaintiffs' claims with prejudice.

Respectfully Submitted,

/s/

David A. Prater
Federal Bar Number: 30223
Lauren Young
Federal Bar Number: 14364
*Attorney for Plaintiffs*
Disability Rights Maryland
1500 Union Ave.
Suite 2000
Baltimore, MD 21211
davidp@mdlclaw.org
p: 410-727-6352, ext. 2500
f: 410-727-6389

/s/

Carrie Blackburn Riley

1

Federal Bar Number: 22778
Blackburn Riley, LLC
Bosley Hall
222 Courthouse Court, Suite 2f
Baltimore, MD 21204
