IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICIA RIPLEY, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>HOUSING AUTHORITY OF PRINCE GEORGE'S COUNTY, *et al.*<br>*Defendants* | Case No.:  8:16-cv-2699 |

### ORDER

On this 10th day of December, 2018, the parties having advised the Court that this case has been fully resolved, it is hereby ORDERED that

1. The Plaintiffs' claims set forth in the Amended Complaint are dismissed with prejudice; and
2. This Court shall retain jurisdiction over the case for purposes of enforcement of the resolution for a period of five (5) years.

Theodore D. Chuang
U.S. District Court Judge

Signed copies to be sent to:

David Prater & Lauren Young
Attorneys for Plaintiffs
Disability Rights Maryland
1500 Union Ave.
Suite 2000
Baltimore, MD 21211

Carrie Riley
Blackburn Riley, LLC
Bosley Hall

222 Courthouse Court, Suite 2f
Baltimore, MD 21204